**DISMISS; and Opinion Filed May 12, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01357-CR
No. 05-13-01358-CR

**JOSHUA DAVID RANKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-21072-Q, F12-57382-Q**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Lang-Miers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

131357F.U05